LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   11332 Mountain View Ave., Suite C
   Loma Linda, California 92354
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| KEVIN RAY, | No.  EDCV 10-185 JC |
|    Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
|    v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
|    Defendant. | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND TWO HUNDRED DOLLARS and 00/cents ($3,200.00) subject to the terms of the stipulation.

   DATED:   July 27, 2010

                                     /s/
                           HON. JACQUELINE CHOOLJIAN
                           UNITED STATES MAGISTRATE JUDGE